Appeal of **MODERN ELECTRIC**        **Docket No. 1968.**
          **AND MACHINE CO.**

Submitted March 5, 1925; decided March 23, 1925.

*J. A. Adams, Esq.*, for the Commissioner.

Before IVINS, KORNER, and MARQUETTE.

This appeal is based on the Commissioner's deficiency letter dated December 12, 1924, asserting a deficiency in income tax of $2.79 for the year 1920. The taxpayer contends, and the Commissioner's answer, admitting error, concedes, that the deficiency arose as a result of the Commissioner's action in taking the taxpayer's net income as reported by a revenue agent to be $7,990.45 rather than the amount actually so reported, which is $7,216.91.

#### DECISION.

The deficiency determined by the Commissioner is disallowed.

---

Appeal of **W. W. CARTER CO.**        **Docket No. 689.**

A corporation, on September 1, 1912, acquired, at a cost of $11,000, a leasehold interest for a term of 10 years at an annual rental which was greater for the first than it was for the second 5 years. In its income-tax returns for the years prior to 1920, it made no claim for exhaustion, and, on January 30, 1920, it sold the leasehold for $11,000. *Held:*

(1) The allowance for exhaustion of the leasehold should be spread evenly over the term of the lease, without regard to the varying rentals.

(2) The exhaustion to be considered, in determining invested capital of the taxpayer, as well as the gain or loss resulting from the sale, should be computed upon the basis of value of the leasehold as of March 1, 1913, rather than upon the cost thereof at the date of acquisition.

Submitted March 2, 1925; decided March 23, 1925.

*Jesse I. Miller, Esq.*, for the taxpayer.
*Robert A. Littleton, Esq.*, for the Commissioner.

Before JAMES, STERNHAGEN, and TRAMMELL.

This is an appeal from a determination of the Commissioner of a deficiency in income and profits taxes for the year 1920 in the sum of $2,836.19, not all of which is in dispute.